UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CARMELINA PEREZ LOPEZ**

V.                                    CIVIL ACTION NO. **25-13796-DJC**

**TODD LYONS, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

    Having granted habeas relief to the extent explained in its earlier Order, D. 15, the Court ALLOWS the Petition, D. 1, to that extent. Each party shall bear their own fees and costs. This matter shall be closed.

February 3, 2026                              /s/ Lisa M. Hourihan
                                                                                       Deputy Clerk